**STATE of Missouri, Plaintiff–Respondent,**

v.

**Gary IRONS, Defendant–Appellant.**

**Gary IRONS, Defendant–Appellant,**

v.

**STATE of Missouri, Plaintiff–Respondent.**

Nos. 65219, 66962.

Missouri Court of Appeals, Eastern District, Division Three.

June 20, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL, and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals his convictions for rape, sodomy, kidnapping and robbery and also the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

We find no error of law appears and the findings of fact of the motion court are not clearly erroneous. Rule 84.16(b). Further, we find no jurisprudential purpose would be served by a written opinion and affirm by written summary order. Rule 30.25(b).